# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY P. CATANZARO, | |
| Plaintiffs, | CIVIL ACTION NO. 3:05-CV-712 |
| v. | (JUDGE CAPUTO) |
| HON. JOHN COTTONE, et al., | |
| Defendants. | |

## MEMORANDUM ORDER

Presently before the Court is Plaintiff Anthony P. Catanzaro's petition to proceed *in forma pauperis*. (Doc. 3.) The Court has discretion to grant *in forma pauperis* status. *Goldstein v. Timoney*, No. 01-481, 2001 WL 179868 at *1 (E.D. Pa. Feb. 20, 2001). "Poverty sufficient to qualify for in forma pauperis status does not require penniless destitution." *Id.* (alterations omitted). "[T]here exists no fixed net worth which disqualifies a party as a pauper." *Id.* Plaintiff submitted an affidavit in which he claims to have been granted *in forma pauperis* status in the past by various courts, including the United States District Court for the Middle District of Pennsylvania. (Doc. 3.) Irrespective of these past determinations, the Court is unable to grant Plaintiff leave to proceed *in forma pauperis* in this matter without a full description of his financial status.

**NOW**, this  20th  day of April, 2005, **IT IS HEREBY ORDERED** that:

(1) Plaintiff has twenty (20) days to provide supplemental information on financial status or pay the filing fee.

(2) The Clerk of the Court shall send Plaintiff a copy of the form "Affidavit/Declaration in Support of Request to Proceed In Forma Pauperis."

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge